**PLEASE RECEIPT AND RETURN**

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff ) <br> ) <br> vs. ) <br> ) <br> Eli Norman Bliss, et al ) <br> ) <br> Defendant(s) ) | CRIMINAL NO. 08mj 402 <br><br> ORDER <br><br> RELEASING MATERIAL WITNESS <br><br> Booking No. |

On order of the United States District/Magistrate Judge, **Anthony J. Battaglia**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (**Bond Posted** / Case Disposed / Order of Court).

Esteban Alvarez-Santos

DATED: 2/20/08

RECEIVED 2008 FEB 20 A 4:28 U.S. MARSHAL SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
          DUSM

OR

W. SAMUEL HAMRICK, JR.   Clerk

by _____
     Deputy Clerk