UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,    )
                              )
            Plaintiff         )     CRIMINAL NO. _OSMJ O'102_
                              )
        vs.                   )          ORDER
                              )
_Eli Norman Bais, et al;_     )     RELEASING MATERIAL WITNESS
                              )
            Defendant(s)      )     Booking No.
                              )
_____ )

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

_Juan Hidalga-Vaello_

DATED: _2/22/08_

ANTHONY J. BATTAGLIA
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
              DUSM

OR

W. SAMUEL HAMRICK, JR.   Clerk

by _____
              Deputy Clerk

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95                    ✩ U.S. GPO: 2003-581-774/70082